UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ORTEGA and JOCE MARTINEZ, on their own behalf, and on behalf of those similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>UBER TECHNOLOGIES INC., RASIER LLC, UBER USA, LLC, UBER NEW YORK LLC, UBER TRANSPORTATION LLC, JOHN DOE "UBER AFFILIATES," fictitious name used to identify presently unknown entities,<br><br>　　　　　　　　Defendants. | Case No: 1:15-cv-07387 (ILG) (JO)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel on behalf of Defendants Uber Technologies, Inc. and Rasier, LLC (collectively, "Defendants") in the above-captioned action. Contact information for the undersigned counsel for Defendants is as follows:

>Andrew M. Spurchise
>Littler Mendelson P.C.
>900 Third Avenue – 8th Floor
>New York, NY 10022
>212.583.9600
>ASpurchise@littler.com

Please enter this appearance on the Court's docket and electronically notify the undersigned of all filings, notices, motions, etc. at the email address listed above.

Date:　March 1, 2016
　　　　New York, New York

>　　　/s/ Andrew M. Spurchise
>　　　Andrew M. Spurchise
>　　　LITTLER MENDELSON, P.C.
>　　　900 Third Avenue
>　　　New York, NY  10022.3298
>　　　212.583.9600
>
>　　　Attorneys for Defendants
>　　　Uber Technologies, Inc.
>　　　Rasier, LLC

Firmwide:139033046.1 073208.1098