UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE ORTEGA, et al.,

                      Plaintiffs,             JOINT RULE 26(f) REPORT

   -against-

UBER TECHNOLOGIES, INC., et al.,          15-CV-7387 (NGG) (JO)

                    Defendants.
-------------------------------------------------------------X

## INITIAL CONFERENCE QUESTIONNAIRE

| | | |
|---|---|---|
| 1. | Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page): | May 22, 2017 |
| 2. | Deadline for first request for production of documents and first request for interrogatories: | June 30, 2017 |
| | 2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for: | plaintiff(s) 0; defendant(s) 0 |
| 3. | Date for completion of any joinder of additional parties and amendment of the pleadings: | July 11, 2017 |
| | 3(a). Number of proposed additional parties to be joined, if any, by: | plaintiff(s) 5; defendant(s) 0 |
| 4. | Number of depositions by plaintiff(s) of: | parties 5; non-parties 5 |
| 5. | Number of depositions by defendant(s) of: | parties 7; non-parties 3 |
| 6. | Date of status conference (joint status report due two business days in advance: | October 26, 2017 |
| 7. | Date for completion of factual discovery: | Class Certification Discovery: February 28, 2018; Merits Discovery: 120 days after ruling on motion for class certification. |
| 8. | Are expert witnesses needed? | Yes X (trial only)  No |

1

|     |       |                                                                                                                                                                 |                                                                          |
|-----|-------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------|
|     | 8(a). | Number of expert witness, if any, of plaintiff(s):                                                                                                              | medical <u>0</u>; non-medical <u>0</u>                                   |
|     | 8(b). | Date for completion of those expert reports:                                                                                                                    | <u>30 days after close of post-certification discovery</u>.              |
|     | 8(c). | Number of expert witnesses, if any, of defendant(s):                                                                                                            | medical <u>0</u>; non-medical <u>2</u>                                   |
|     | 8(d). | Date for completion of those expert reports:                                                                                                                    | <u>30 days after close of post-certification discovery</u>.              |
|     | 8(e). | Date for completion of rebuttal expert reports:                                                                                                                 | <u>45 days after deadline for completion of expert reports</u>.          |
| 9.  |       | Date for completion of expert discovery:                                                                                                                        | <u>30 days after exchange of rebuttal expert reports</u>.                |
| 10. |       | Date of <u>pretrial conference</u> (brief *ex parte* statements of settlement position due via email two business days in advance):                             | TBD.                                                                     |
| 11. |       | Types of contemplated dispositive motions by plaintiff(s) <u>and</u> dates for filing of those motions:                                                         | <u>Motion for class certification: May 30, 2018</u>.                     |
| 12. |       | Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions:                                                         | <u>Motion for summary judgment; motion to deny class certification: May 30, 2018</u>. |
| 13. |       | Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.)                                         | Yes  No <u>X</u>                                                         |
| 14. |       | Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.) | Yes  No <u>X</u>                                                         |
| 15. |       | Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. § 636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.) | Yes  No <u>X</u>                                                         |