UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ORTEGA and JOCE MARTINEZ, on their own behalf, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>UBER TECHNOLOGIES, INC., RASIER, LLC, UBER USA, LLC, UBER NEW YORK LLC, UBER TRANSPORTATION LLC, JOHN DOE "UBER AFFILIATES," fictitious name used to identify presently unknown entities,<br><br>Defendants. | Case No: 1:15-cv-07387 (NGG) (JO)<br><br>**DEFENDANTS' AMENDED CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants Uber Technologies, Inc., Uber USA, LLC, and Rasier, LLC make the following amended corporate disclosures: Uber Technologies, Inc. is a privately held corporation. It has no parent corporation. SB Cayman 2 Ltd., a private company, owns more than ten percent of Uber Technologies, Inc.'s outstanding stock. SB Cayman 2 Ltd. is a subsidiary of Softbank Group Corp., a publicly traded corporation. Uber USA, LLC is a wholly-owned subsidiary of Uber Technologies, Inc. Rasier, LLC is a wholly-owned subsidiary of Uber Technologies, Inc.

Date:   January 26, 2018
        New York, New York

                                      */s/ Andrew M. Spurchise*
                                      Andrew M. Spurchise
                                      LITTLER MENDELSON
                                      A Professional Corporation
                                      900 Third Avenue
                                      New York, NY  10022.3298
                                      212.583.9600

                                      Attorneys for Defendants
                                      Uber Technologies, Inc.
                                      Rasier, LLC, and Uber USA, LLC