## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
JOSE ORTEGA on his own
Behalf, and on behalf of those similarly situated,

                                            Plaintiffs,

    -   against -                               Case No. 15-cv-07387-NGG-JO

UBER TECHNOLOGIES INC., RAISER, LLC, UBER
USA, LLC, UBER NEW YORK, LLC, UBER
TRANSPORTATION LLC, JOHN DOE, "UBER
AFFILIATES," fictitious name used to identify presently
Unknown entities,

                                            Defendants.
-------------------------------------------------------------------X

## MOTION FOR ATTORNEYS' FEES, EXPENSES
## AND SERVICE AWARD PAYMENT

      Plaintiff individually and on behalf of the Settlement class hereby move the Court to approve the attorneys' fees sought, expenses and the service award payment to named plaintiff Ortega. Class Counsel requests an attorney fee award of 33.3% of the Gross Settlement Sum, expenses of $29,055.00 and a service award payment of $2,000 to plaintiff Ortega. Class Counsel also requests that the Court approve an award of $25,000 to the Settlement Administrator, Garden City Group for administering the Settlement. Defendants do not oppose these requests, and there have been no objections lodged with respect to these requests.

      The grounds for this Motion are set forth in the accompanying memorandum.

Respectfully submitted,

/s/ Jonathan W. Greenbaum

Jonathan W. Greenbaum
COBURN & GREENBAUM, PLLC
Second Floor
1710 Rhode Island Avenue, NW
Washington, DC 20036
Telephone: (202) 744-5003
Facsimile: (866) 561-9712
Email: jg@coburngreenbaum.com

**NEW YORK:**
99 Hudson Street
New York, NY 10013

/s/

Held & Hines, LLP
370 Lexington Avenue
New York, NY 10017
Telephone: (718) 31-9700

cc:   All Counsel via ECF