UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
JOSE ORTEGA and JOCE MARTINEZ, on their own
Behalf, and on behalf of those similarly situated,

                              Plaintiffs,

    - against -                                    Case No. 15-cv-07387-NGG-JO

UBER TECHNOLOGIES INC., RAISER, LLC, UBER
USA, LLC, UBER NEW YORK, LLC, UBER
TRANSPORTATION LLC, JOHN DOE, "UBER
AFFILIATES," fictitious name used to identify presently
Unknown entities,

                              Defendants.
-------------------------------------------------------------------X

## [PROPOSED] ORDER APPROVING ORTEGA AND MARTINEZ' RELEASE OF FAIR LABOR STANDARDS ACT CLAIMS

Upon consideration of Plaintiff Ortega and Martinez' Motion to Approve Ortega and Martinez' Release of FLSA claims, it is hereby Ordered this 17th day of September, 2018 that the FLSA releases as to Ortega and Martinez are fair and reasonable and are hereby approved.

**IT IS SO ORDERED**

                                                            s/Nicholas G. Garaufis

Dated: Brooklyn, NY                          Honorable Nicholas G. Garaufis